UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

MOSHE BENENFELD,

Defendant.

ORIGINAL

**ORDER OF CONTINUANCE**
**18 Mag. 4090**

Upon the application of the United States of America and the affirmation of Dina McLeod, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violating Title 18, United States Code, Section 1344 in a complaint dated May 14, 2018, and was arrested on May 16, 2018;

It is further found that, on May 16, 2018, the defendant was presented before U.S. Magistrate Judge Barbara C. Moses, and released on bail;

It is further found that Ephraim Savitt, Esq., counsel for the defendant, and Assistant United States Attorney Dina McLeod have been engaged in, and are continuing, discussions concerning possible dispositions of this case;

It is further found that the current indictment deadline is June 15, 2018;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 16, 2018, and that a copy of this Order and the affirmation of Assistant United States Attorney Dina McLeod be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated:  New York, New York
        June 15, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2